IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| PIERRO JACKSON, #1152599 | § | |
| VS. | § | CIVIL ACTION NO. 6:09cv107 |
| DIRECTOR, TDCJ-CID | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Judith K. Guthrie. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Petitioner's motion to dismiss (docket entry #9) is **GRANTED** and the petition for a writ of habeas corpus is **DISMISSED** without prejudice. Fed. R. Civ. P. 41(a). All motions not previously ruled on are hereby denied.

**So ORDERED and SIGNED this 26th day of May, 2009.**

**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**